## ANDERSON DAVIS, JR. V. STATE.

No. 25791. April 2, 1952.

Hon. Robert R. Patterson, Special Judge.

*Theo Ash,* Abilene, and *Gene Dulaney,* Snyder, for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

Unlawful possession of whisky for the purpose of sale is the offense; the punishment, a fine of $1,000 and one year in jail.

The record affirmatively reflects that this case was tried before a special judge. The transcript does not reflect either the election of such judge or his oath of office.

A special judge has no authority to act—and each act, as such, is a nullity—until he has taken the oath of office. Mims v. State, 112 Tex. Cr. R. 176, 15 S. W. 2d 628; Norman v. State, 102 Tex. Cr. R. 5, 277 S. W. 126; Blackburn v. State, 149 Tex. Cr. R. 197, 192 S. W. 2d 888.

The judgment is reversed and the cause remanded.

Opinion approved by the court.